[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1366

 UNITED STATES,

 Appellee,

 v.

 PASQUALE MUNAFO, A/K/A PAT, A/K/A FAT PAT,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Reginald C. Lindsay, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

John Wall on brief for appellant. 
Donald K. Stern, United States Attorney, James C. Rehnquist and 
Ernest S. Dinisco, Assistant United States Attorneys, on brief for 
appellee.

 

 October 14, 1997
 

 Per Curiam. Upon careful review, we perceive no clear 

error in the district court's determination of the amount of

loss. Further, no improper double counting occurred in

adjusting appellant's sentence both for his managerial role

in the offense under U.S.S.G. 3B1.1(b), as well as for his

business of receiving and selling stolen property under

U.S.S.G. 2B1.1(b)(4)(B). See United States v. Reeves, 83 

F.3d 203, 208 (8th Cir. 1996).

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-